IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:25mj45 |
| | ) |
| MALACHI VAUGHAN | ) |
| | ) |
| Defendant | ) |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 13, 2025, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, MALACHI VAUGHAN did take and carry away, with intent to steal and purloin, personal property of another; the value of said property taken not exceeding $1,000 nor being taken from the person of another.

(In violation of Title 18, United States Code, Section 661.)

Erik S. Siebert
UNITED STATES ATTORNEY

By: *Catherine Black*
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

1

CERTIFICATE OF MAILING

I hereby certify that on July 7, 2025, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant's last known address.

By: /s/ Catherine Black
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov